AT the same time was adjudged—it having been previously argued by *Mr. C. H. Hill, Assistant Attorney-General, for the United States, and by Mr. James Hughes, contra*—the case of the

UNITED STATES v. SPICER,

the facts of which were very similar to those of Smoot's case, above reported. Judgment had been given below in favor of Spicer. The court now announced that the principles set forth in Smoot's case, which they had just decided, must govern Spicer's case also. The judgment in it was accordingly reversed, with directions to the Court of Claims to render judgment

IN FAVOR OF THE UNITED STATES.